COLBERT *v.* THE STATE.

LEWIS, J.  There was no error in the charge of the court complained of, when considered in connection with the entire charge.  The evidence was sufficient to sustain the verdict, and the court did not err in overruling the motion for a new trial.

> *Judgment affirmed.  All the Justices concurring.*

Argued October 3,—Decided October 13, 1898.

Indictment for assault with intent to murder.  Before Judge Littlejohn.  Stewart superior court.  June 7, 1898.

*J. B. Hudson,* for plaintiff in error.

*F. A. Hooper, solicitor-general,* by *C. R. Crisp,* contra.

---

BENJAMIN *v.* THE STATE.

LITTLE, J.  On the trial of an indictment for simple larceny, the value of the property alleged to have been stolen must be shown; and a conviction for this offense can not legally stand in the absence of such evidence.  In the present case the record does not show the value of the property alleged to have been stolen, and the verdict of guilty must be set aside.

> *Judgment reversed.  All the Justices concurring.*

Argued October 3,—Decided October 12, 1898.

Accusation of larceny.  Before Judge Berry.  Criminal court of Atlanta.  June term, 1898.

*George P. Roberts,* for plaintiff in error.

*James F. O'Neill, solicitor,* contra.